THE STATE OF MISSOURI *ex rel.* THOMAS C. RICE, Relator, *v.* THE COUNTY COURT OF RALLS COUNTY, Respondent.

1. State *ex rel.* McCune v. The County Court of Ralls County, *ante,* p. 58, affirmed.

*Petition for mandamus.*

*Geo. H. Shields,* and *H. B. Johnson,* for relator.

*Sharp & Broadhead,* for respondent.

BLISS, Judge, delivered the opinion of the court.

Judgment of ouster was rendered at the March term of this court against W. D. Bishop, who had intruded into the office of assessor of Ralls county. The relator has since obtained a commission, and asks for a *mandamus* upon the County Court to

approve his bond and recognize him as the lawful assessor. This case stands precisely upon the same footing as that of The State *ex rel.* McCune v. the same defendants, decided at this term, the facts being the same throughout. A peremptory *mandamus* will issue. Judge Currier concurs ; Judge Wagner absent.